**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**CARLOS MORGADO,**

    **Plaintiff,**

vs.                                **Case No. 4:16cv286-RH/CAS**

**STATE OF FLORIDA, et al.,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Although the beginning of this case was somewhat complicated, *see* ECF Nos. 8 and 10, it's conclusion is more straight forward. Plaintiff was advised why his first amended complaint, ECF No. 11, was insufficient and he was directed to file a second amended complaint. ECF No. 16. Plaintiff objected to that Order, ECF No. 17, but his objection was overruled. ECF No. 18. In an Order entered by District Judge Robert Hinkle, Plaintiff was required to file a second amended complaint by April 5, 2017. ECF No. 18. Plaintiff has not complied. Plaintiff was previously advised that if he failed to file the second amended complaint, a recommendation may be made to dismiss this case. ECF No. 16 at 10.

Because Plaintiff's first amended complaint, ECF No. 11, was insufficient to state a claim, and because Plaintiff has not complied with Court orders to file a second amended complaint, ECF Nos. 16 and 18, this case should now be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be dismissed for failure to prosecute and failure to comply with Court orders.

**IN CHAMBERS** at Tallahassee, Florida, on April 17, 2017.

S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control. If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. See 11th Cir. Rule 3-1; 28 U.S.C. § 636.**